

**Certified as a true copy and issued as the mandate on Jun 02, 2021**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 11, 2021
Lyle W. Cayce
Clerk

No. 19-40836
Conference Calendar

United States of America,

*Plaintiff—Appellee,*

versus

Osvaldo Gonzalez,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:16-CR-62-4

Before Smith, Stewart, and Higginson, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as frivolous.